**Fill in this information to identify the case:**

Debtor 1: Darlene F Nelson

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: Northern District of IL (State)

Case number: 20-05553

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 6 5 3 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 4/28/2020 POC | (5) | $ 475.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 3/25/20 | (11) | $ 475.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | Darlene F Nelson | Case number (if known) 20-05553 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **Timothy R. Yueill**
Signature

Date 08/05/20

Print: Timothy  R.  Yueill
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Law Offices of Ira T. Nevel

Address: 175. N. Franklin St., Ste. 201
Number   Street
Chicago                      IL       60606
City                          State    ZIP Code

Contact phone (312) 357 – 1125

Email: timothyy@nevellaw.com

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 08/05/2020

Chapter 13 Trustee: Tom Vaughn
Trustee Address: 55 E. Monroe Street, Suite 3850  Chicago, IL 60603
Trustee Email: chiweb@tvc13.net

Debtor's Counsel Name: David H Cutler
Debtor's Counsel Address: Cutler & Associates, Ltd.  4131 Main St.  Skokie, IL 60076
Debtor's Counsel Email: cutlerfilings@gmail.com

Debtor 1 Name: Darlene F Nelson
Debtor 2 Name
Debtor's Mailing Address: 1215 N Waterman Ave, Unit 2C  Arlington Heights, IL 60004
Debtor Email:

_/s/ Timothy R. Yueill

**LAW OFFICES OF IRA T. NEVEL, LLC**

175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Tuesday, April 28, 2020

NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER
8950 CYPREE WATERS BLVD
COPPELL, TX 75019

# I N V O I C E

| | |
|---|---|
| Matter ID: ▮▮▮ | Matter Producer: TimothyY |
| NELSON DARLENE ▮▮▮ | |
| Client ID: NATIONSTAR | Client Producer: IraN |
| | Invoice #: 96482 |
| | Federal ID #: |

**For Professional Services Rendered:**

| 04/28/2020 | Legal Services Rendered - Prepare and File a Proof of Claim | 0.00 hr | $475.00 |
|---|---|---|---|
| | | Total Professional Services: | $475.00 |

**INVOICE SUMMARY**

| For Professional Services: | 0.00 Hours | $475.00 |
|---|---|---|
| **Total Due:** | | **$475.00** |

**DUE UPON RECEIPT**

*Page 1*

**LAW OFFICES OF IRA T. NEVEL, LLC**

175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Monday, April 13, 2020

NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER
8950 CYPREE WATERS BLVD
COPPELL, TX 75019

# I N V O I C E

Matter ID: 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matter Producer:  TimothyY
NELSON DARLENE
Client ID:  NATIONSTAR　　　　　　　　　　　　　　　　　　　　Client Producer:  IraN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #: 96310
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal ID #:

**For Professional Services Rendered:**

| | | | |
|---|---|---|---|
| 03/25/2020 | Legal Services Rendered -Plan Review | 0.00 hr | $475.00 |
| | | Total Professional Services: | $475.00 |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 04/09/2020 | Recorder, Assignment | | $103.00 |
| | | Total Disbursements Incurred: | $103.00 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | $475.00 |
| For Disbursements Incurred: | | 103.00 |
| **Total Due:** | | **$578.00** |

**DUE UPON RECEIPT**